UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:19-cv-60629-WPD

JIMMY ANZARDO,

    Plaintiff,

v.

AQUA HOLDINGS LIMITED, LLC, AQUA FIRE PIT, LLC, JAMES RUSSELL, JESSICA ROSE,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff's Motion for Attorneys' Fees [DE 71] (the "Motion") and the Report and Recommendation of Magistrate Judge Hunt [DE 76] (the "Report"), dated May 6, 2021. The Court notes that no objections to the Report [DE 76] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 76] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 76] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusion that the Motion [DE 71] should be granted in part.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 76] is hereby **ADOPTED** and **APPROVED**;

2. The Motion [DE 71] is **GRANTED in part** as follows: Plaintiff's counsel is awarded $11,362.50 in attorney's fees and $646.00 in costs, for a total award of $12,008.50.

3. The Clerk is **DIRECTED** to mail copies of this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of May, 2021

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record

Aqua Holdings Limited, LLC
Aqua Fire Pit, LLC
1111 SW 21st Ave. Suite 10
Fort Lauderdale, FL 33312

James Russell
1111 SW 21st Ave. Suite 10
Fort Lauderdale, FL 33312

Jessica Rose
1111 SW 21st Ave. Suite 10
Fort Lauderdale, FL 33312

James Russell
824 Coconut Dr
Fort Lauderdale, FL 33315

Jessica Rose
824 Coconut Dr
Fort Lauderdale, FL 33315